# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**PARIS WILLIAMS**                                                                                          **PLAINTIFF**

**v.**                          **NO. 5:16CV00229-JLH-BD**

**SUSAN POTTS**                                                                                             **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

DATED this 1st day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE